# IN THE SUPREME COURT OF ALABAMA



## May 17, 2024

SC-2023-0925

Ex parte Sydney Lyn Howard. PETITION FOR WRIT OF MANDAMUS: CIVIL (In re: Alan Wayne Sorensen v. Sydney Lyn Howard) (Jefferson Circuit Court: CV-23-902647).

### <u>ORDER</u>

The petition for writ of mandamus in this cause is denied.

SHAW, J. -- Parker, C.J., and Wise, Bryan, Sellers, Mendheim, Stewart, Mitchell, and Cook, JJ., concur.

**Witness my hand on May 17, 2024.**

*Megan B. Rhodebeck*

**Clerk of Court,**
**Supreme Court of Alabama**